EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Gladys E. Guemárez Santiago | 2015 TSPR 178 <br><br> 193 DPR ____ |

Número del Caso: TS-7,951

Fecha: 5 de noviembre de 2015

Materia: Reinstalación al Ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

GLADYS E. GUEMÁREZ SANTIAGO                          TS-7,951
                                                     CP-2012-16


RESOLUCIÓN


En San Juan, Puerto Rico, a 5 de noviembre de 2015.

Examinada la *Moción solicitando reconsideración de Resolución declarando no ha lugar moción de reinstalación al ejercicio de la abogacía*, se declara *con lugar.* Por consiguiente, se reinstala a la Lcda. Gladys E. Guemárez Santiago al ejercicio de la abogacía.

Se le ordena a la Secretaria del Tribunal Supremo que actualice su información personal en el Registro Único de Abogados.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal. La Jueza Asociada señora Pabón Charneco y el Juez Asociado señor Rivera García proveerían *no ha lugar*. El Juez Asociado señor Kolthoff Caraballo no intervino. La Jueza Asociada Oronoz Rodríguez está inhibida.


                          Aida I. Oquendo Graulau
                       Secretaria del Tribunal Supremo